**Larry D. CLUTTER and Patricia Ann Clutter, Plaintiffs–Appellants,**

v.

**The CITY OF SPRINGFIELD, Missouri, Defendant–Respondent.**

**No. 26393.**

Missouri Court of Appeals, Southern District, Division Two.

March 28, 2005.

Rick J. Muenks, Springfield, for appellants.

Douglas Harpool, Tamara F. De Wild, Lathrop & Gage, Springfield, for respondent.

KENNETH W. SHRUM, Judge.

This suit by Larry D. Clutter and Patricia Ann Clutter against the City of Springfield, Missouri ("City"), seeks damages based on a theory of inverse condemnation. They claim City took their real estate for public use without fairly compensating them. Plaintiffs allege this taking occurred when a public drainage system failed to carry away surface water run-off that collected therein as a result of heavy rainfall; and, when the overflow escaped the confines of the drainage easement, the water damaged Plaintiffs' residential property. City's motion for summary judgment was sustained. This appeal by Plaintiffs followed.

This is a companion case to *Bettinger v. City of Springfield*, 158 S.W.3d 814, 2005 WL 711877 (Mo.App.2005), No. 26391, decided and handed down by this court on March, 2005. The issues here are identical to those in *Bettinger*. Moreover, except for the parties plaintiff, the real estate involved, and the damage claimed, the relevant facts here are identical to those in *Bettinger*. Finally, the trial court error alleged here and the arguments made in support of those claims are identical to those in *Bettinger*. As a consequence, we opt to affirm the summary judgment entered in this cause for the reasons set forth in *Bettinger*. *See, e.g., State ex rel. Dowdy v. Neill*, 90 S.W.3d 469, 470 (Mo. banc 2002).

The judgment is affirmed.

PARRISH, P.J., and BARNEY, J., concur.